UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MASON JORDAN,<br><br>Defendant. | CR. NO. 22-00046 LEK<br><br>REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY |

REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY

Pursuant to Rule 11 of the Federal Rules of Criminal Procedure, the Defendant appeared before me and entered a plea of guilty to Counts 1, 4, 5, and 8 of the Indictment. I recommend that the District Judge accept Defendant's guilty plea based upon the findings below and impose sentence accordingly.

After examining the Defendant under oath, I further determined that:

- Defendant is fully competent and capable to understand the proceedings and enter into a knowing and voluntary guilty plea;

- Defendant knowingly consented to enter his guilty plea before a U.S.

Magistrate Judge;

- Defendant understands the nature of the charge in Counts 1, 4, 5, and 8 of the Indictment and the maximum and mandatory minimum punishments associated with each charge;

- Defendant understands his constitutional rights associated with a jury trial;

- Defendant knowingly and voluntarily entered into a written plea agreement with the government;

- Defendant, as part of his plea agreement, waived his right to appeal and collaterally attack the sentence except in the limited instances also in the plea agreement;

- The offenses charged in the Indictment to which the defendant pleaded are supported by an independent basis in fact establishing each of the essential elements of the offenses;

- Defendant admitted to facts that establish each of the essential elements of the offenses; and, therefore,

- Defendant knowingly and voluntarily pleaded guilty to Counts 1, 4, 5, and 8 of the Indictment.

The government and Defendant agreed with the Court's findings. Accordingly, I recommend that the District Judge accept the above

findings and the Defendant's plea of guilty.

IT IS SO RECOMMENDED.

DATED: April 4, 2024 at Honolulu, Hawai'i.



Wes Reber Porter
United States Magistrate Judge

---

United States Of America vs. Mason Jordan; CR. NO. 22-00046 LEK; <u>REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY</u>.

# NOTICE

Pursuant to 28 U.S.C. § 636(b)(1), within fourteen days after being served with a copy, the defendant may file written objections to these proposed findings and recommendations as to the guilty plea with the District Court.