IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MASON JORDAN,<br><br>　　　　　Defendant. | CR. NO. 22-00046 LEK<br><br>ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT AND NOTICE OF SENTENCING |

ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION
OF GUILT AND NOTICE OF SENTENCING

　　　Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the pleas of guilty of the Defendant to Counts 1, 4, 5, and 8 of the Indictment are now Accepted and the Defendant is Adjudged Guilty of such offenses.  All parties shall appear before this Court for sentencing as directed.

　　　IT IS SO ORDERED.

　　　DATED: Honolulu, Hawaii, April 29, 2024.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge